In the Matter of the Application of Charles E. Rushmore, Respondent, to Discontinue a Portion of a Highway in the Town of Woodbury, Orange County, New York, and the Assessment of Damages Therefor. John A. Patterson, Appellant.— Order of the County Court of Orange county in so far as appealed from affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Patrick Keirns, as Executor and Trustee under the Last Will and Testament of John Keirns, Deceased, Respondent, v. Samuel F. Keirns, Appellant, Impleaded with Ilene Keirns, His Wife, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Charles D. McAllister, Respondent, v. George A. Warfield, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Frederick W. Murphy and David L. Fultz, Respondents, v. Louis Shapiro, Appellant, Impleaded with Charles L. Apfel, Defendant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Burr, JJ., concurred.

Gustaf M. Perander, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff failed to make out a case establishing his freedom from negligence contributing to the accident. (See *Lofsten* v. *Brooklyn Heights Railroad Co.*, 184 N. Y. 148, and authorities cited.) Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

James Prenderville, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the authority of *Prenderville* v. *Coney Island & Brooklyn R. R. Co.* (*ante*, p. 303), decided herewith. Jenks, Rich and Miller, JJ., concurred; Hirschberg, P. J., and Woodward, J., dissented.

John Clinton Robbins, Respondent, v. Ellen D. Clock, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Aaron Zelenko, Respondent, v. Pincus Schacher, Appellant.— Appeal dismissed, with costs, and order signed. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

## THIRD DEPARTMENT, MARCH, 1909.

Solomon K. Bemis and Rozel R. Bemis, Respondents, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

George W. Brown, Appellant, v. Lafayette B. Eaton, as Administrator with the Will Annexed, etc., of Caroline Holley, Deceased, Respondent.— Judgment unanimously affirmed, with costs.